UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Sheila K. Ben, Esq., as Court Appointed Guardian of the
Property of JANE DOE, (an infant proceeding under an
assumed name), an Infant under the Age of 14,

*Plaintiff,*

*vs.*

THE UNITED STATES OF AMERICA,

*Defendants.*

CASE NO. 5:14-CV-0370 (CJS)
**Action No. 1**

MEDIATOR
CERTIFICATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SUSAN DOE, (a Guardian and Executrix proceeding
Under an assumed name) as Executrix of the Estate of
Lori A. Bresnahan, Decedent,

*Plaintiff,*

*vs.*

THE UNITED STATES OF AMERICA,

*Defendants.*

CASE NO. 5:14-CV-509 (CJS)
**Action No. 2**

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____ .

☐ Case settled prior to the first mediation session.

☒ Mediation session was held on __9/21/2018__

    ☒ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____ .

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____ .

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial
    pursuant to the Court's scheduling order.

**Date:** 9/12/2018      **Mediator: /S/** _____

*Additional Comments:*

SUBJECT
TO COURT APPROVAL

120 CORPORATE WOODS
SUITE 240
ROCHESTER, NY 14623

**JAMES E. MORRIS**
ATTORNEY · MEDIATOR

FELLOW, AMERICAN COLLEGE
OF CIVIL TRIAL MEDIATORS